```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16475
   CHRISTOPHER P HERNANDEZ
   KELLIE A HERNANDEZ                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-2182     SSN XXX-XX-7863


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/11/07 and confirmed on 11/07/07.

    2.  The case was dismissed after confirmation, 08/22/2008.

    3.  The Debtor paid a total of $   5120.00 .

    4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
POPULAR MORTGAGE SRV INC  CURRENT MORTG            .00             .00             .00
POPULAR MORTGAGE SRV INC  MORTGAGE ARRE         358.85             .00          358.85
LAKEWOOD FALL COMMUNITY   SECURED              1350.38             .00             .00
AMERICAN GENERAL FINANCE  SECURED VEHIC        5176.87          213.81         1257.88
CREDITORS COLLECTION      UNSECURED          NOT FILED             .00             .00
MEDICAL BUSINESS BUREAU   UNSECURED          NOT FILED             .00             .00
MRSI                      UNSECURED          NOT FILED             .00             .00
OSI COLLECTION SERVICES   UNSECURED          NOT FILED             .00             .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6886.10          .00          .00          .00        6886.10
PRINCIPAL PAID      1616.73          .00          .00          .00        1616.73
INTEREST PAID        213.81          .00          .00          .00         213.81
TOTAL PAID          1830.54          .00          .00          .00        1830.54
The Debtor's attorney, RONALD D CUMMINGS                , was allowed $    3500.00
and was paid $    500.00   direct and $   3000.00  through the plan.

The Trustee received $    289.46 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/13/08                    /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

                                    PAGE   2
     CASE NO. 07 B 16475 CHRISTOPHER P HERNANDEZ & KELLIE A HERNANDEZ